NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UPAID SYSTEMS, LTD.,**
*Plaintiff-Appellant*

**v.**

**CARD CONCEPTS, INC.,**
*Defendant-Appellee*

---

2021-1910

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:17-cv-08150, Judge Gary Feinerman.

---

**JUDGMENT**

---

HENRY A. PETRI, JR., Polsinelli PC, Washington, DC, argued for plaintiff-appellant.  Also represented by MATTHEW R. FRONTZ, Houston, TX.

TARA LAUREN KURTIS, Perkins Coie LLP, Chicago, IL, argued for defendant-appellee.  Also represented by DOUGLAS L. SAWYER, MARK T. SMITH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 3, 2022                    /s/ Peter R. Marksteiner
Date                          Peter R. Marksteiner
                             Clerk of Court